IN THE COURT OF CRIMINAL APPEALS


OF TEXAS





NO. WR-69,321-01






OSCAR CANTU, Relator


v.


HIDALGO COUNTY DISTRICT CLERK, Respondent






ON APPLICATION FOR A WRIT OF MANDAMUS

CAUSE NOS. CR-1915-92-D & CR-1922-92-D

IN THE 206TH JUDICIAL DISTRICT COURT

FROM HIDALGO COUNTY





 Per curiam.


O R D E R




 Relator has filed a motion for leave to file a writ of mandamus pursuant to the original jurisdiction
of this Court. In it, he contends that he filed applications for writs of habeas corpus in the 206th Judicial
District Court of Hidalgo County, that more than 35 days have elapsed, and that the applications have not
yet been forwarded to this Court. 

 In these circumstances, additional facts are needed. The respondent, the District Clerk of Hidalgo
County, is ordered to file a response, which may be made by: submitting the record on such habeas corpus
application; submitting a copy of a timely filed order which designates issues to be investigated, see McCree
v. Hampton, 824 S.W.2d 578 (Tex. Crim. App. 1992); by stating that the nature of the claims asserted
in the applications filed by Relator is such that the claims are not cognizable under Tex. Code Crim. Proc.
art. 11.07, § 3; or stating that Relator has not filed applications for habeas corpus in Hidalgo County. This
application for leave to file a writ of mandamus shall be held in abeyance until the respondent has submitted
the appropriate response. Such response shall be submitted within 30 days of the date of this order.



Filed: February 27, 2008

Do not publish